Jose BECERRA, Defendant
Below, Appellant,

v.

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

STATE of Delaware, Plaintiff
Below, Appellee.

No. 541, 2014

Supreme Court of Delaware.

Submitted: September 24, 2015
Decided: September 25, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 1306011961

AFFIRMED.